IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAZS BOND BRONNER,** : | CIVIL ACTION |
| Petitioner, : | |
| : | |
| v. : | NO.   20-cv-2656 |
| : | |
| **RICHARD MARSH, et al.,** : | |
| Respondents. : | |

## O R D E R

AND NOW, this 9th day of June, 2021, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
BERLE M. SCHILLER,     J.